**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:

Jade Presents, LLC,

Debtor.
_______________________________________/

Bankruptcy Case No. 26-30438
Chapter 11

In Re:

Tickets300, LLC,

Debtor.
_______________________________________/

Bankruptcy Case No. 26-30439
Chapter 11 (Jointly Administered)

Jade Presents, LLC

Plaintiff,

v.

Rocket Capital NY, LLC

Defendant.
_______________________________________/

Adversary Case No. 26-7017

**CLERK'S ENTRY OF DEFAULT**

Defendant Rocket Capital NY, LLC failed to appear or otherwise defend against Plaintiff's Complaint as required by law. Pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure, Defendant Rocket Capital NY, LLC is in default.

Plaintiff may seek the entry of default judgment against Defendant Rocket Capital NY, LLC by filing a motion and serving notice as required by Rule 7055 of the Federal Rules of Bankruptcy Procedure and D.N.D. Bankr. L.R. 7007-1.

Sara E. Diaz
Clerk, U.S. Bankruptcy Court

Date issued: September 24, 2026

By: /s/ Shantel Jacobson
Shantel Jacobson