**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC,<br><br>Debtor. | ) | Case No. 26-30438<br>Chapter 11 |
| In re:<br><br>TICKETS300, LLC,<br><br>Debtor. | ) | Case No. 26-30439<br>Chapter 11<br><br>Jointly Administered |
| JADE PRESENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROCKET CAPITAL NY, LLC,<br><br>Defendant. | ) | Adv. Pro. No. 26-07017 |

**DEFENDANT ROCKET CAPITAL NY, LLC'S AMENDED**
**ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES**

Defendant, Rocket Capital NY, LLC, by and through its undersigned counsel, for its Amended Answer to Complaint and Affirmative Defenses states as follows:

**Introduction**

1. Rocket denies the allegations in Paragraph 1. There were not "payments" made to Rocket. Rocket purchased property from the Debtor and any transfers to Rocket by the Debtor were of property Rocket had purchased from the Debtor and already owned at the time any transfer occurred.

2. Rocket denies the allegations in Paragraph 2.

3. Rocket denies the allegations in Paragraph 3.

4. Rocket denies the allegations in Paragraph 4.

5. Rocket denies the allegations in Paragraph 5.

6. Rocket denies that Plaintiff is entitled to the relief it seeks.

**Parties**

7. Rocket admits the allegations in Paragraph 7.

8. Rocket denies that it is "carrying on the business of entering into MCA agreements." Its product is revenue-based financing and it entered into an Agreement for the Purchase and Sale of Future Receipts with the Debtor. Rocket admits the remaining allegations in Paragraph 8.

**Jurisdiction and Venue**

9. Paragraph 9 consists of a purported statement of law or legal conclusion to which no response is required. Rocket further states that it does not consent to the entry of final orders or judgment on non-core claims by the bankruptcy court.

10. Paragraph 10 consists of a purported statement of law or legal conclusion to which no response is required.

11. Paragraph 11 consists of a purported statement of law or legal conclusion to which no response is required.

12. Paragraph 12 consists of a purported statement of law or legal conclusion to which no response is required.

**General Allegations : MCA Industry**

13. Rocket denies the allegations in Paragraph 13.

14. Rocket denies the allegations in Paragraph 14.

15. Rocket denies the allegations in Paragraph 15.

16. Rocket denies the allegations in Paragraph 16 and further states that Rocket's contract does to state that Rocket is purchasing "all future receivables" as alleged.

17. Paragraph 17 consists of a purported statement of law or legal conclusion to which no response is required. Nevertheless, Rocket states that there nothing metaphysically and legally impossible about the transactions it enters into. Such transactions have been upheld and recognized by courts for a substantial amount of time.

18. Rocket denies the allegations in Paragraph 18.

19. Rocket denies the allegations in Paragraph 19.

20. Rocket denies the allegations in Paragraph 20. Again, Rocket's product is revenue-based financing.

**General Allegations: Parties' Relationship**

21. Rocket denies the allegations in Paragraph 21.

22. Rocket denies the allegations in Paragraph 22.

23. Rocket denies the allegations in Paragraph 23.

24. Rocket admits that its transactions are governed by New York law.

25. Rocket denies the allegations in Paragraph 25.

26. Rocket denies the allegations in Paragraph 26.

27. Rocket denies the allegations in Paragraph 27.

**Count I: Fraudulent Conveyance**
**(11 U.S.C. §548)**

28. Rocket incorporates its answers to the foregoing paragraphs as though fully set forth herein.

29. Rocket denies the allegations in Paragraph 29. The Debtor expressly represented and warranted to Rocket that it was not insolvent.

30. Rocket denies the allegations in Paragraph 30.

31. Rocket denies the allegations in Paragraph 31.

32. Rocket denies the allegations in Paragraph 32.

33. Rocket denies the allegations in Paragraph 33.

**WHEREFORE**, Rocket respectfully requests that this Honorable Court deny the relief requested by Plaintiff, enter judgment in its favor on Count I and grant such other and further relief as is this court deems just and proper.

**Count II: Fraudulent Conveyance**
**(11 U.S.C. § 544; N.D. Cent. Code § 13-02.1-04)**

34. Rocket incorporates its answers to the foregoing paragraphs as though expressly set forth herein.

35. Rocket denies the allegations in Paragraph 35.

36. Rocket denies the allegations in Paragraph 36.

37. Rocket denies the allegations in Paragraph 37. Rocket further states that its transactions do not give rise to debts, but rather, an obligation to remit property purchased so long as such property was being collected by the Debtor.

38. Rocket denies the allegations in Paragraph 38.

39. Rocket denies the allegations in Paragraph 39.

40. Rocket denies the allegations in Paragraph 40.

**WHEREFORE**, Rocket respectfully requests that this Honorable Court deny the relief requested by Plaintiff, enter judgment in its favor on Count II and grant such other and further relief as is this court deems just and proper.

**Count III: Fraudulent Conveyance**
**(11 U.S.C. §544; N.D. Cent. Code §13-02.1-05**

41. Rocket incorporates its answers to the foregoing paragraphs as though expressly set forth herein.

42. Rocket denies the allegations in Paragraph 42.

43. Rocket denies the allegations in Paragraph 43.

44. Rocket denies the allegations in Paragraph 44.

45. Rocket denies the allegations in Paragraph 45.

46. Rocket denies the allegations in Paragraph 46.

47. Rocket lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47.

**WHEREFORE**, Rocket respectfully requests that this Honorable Court deny the relief requested by Plaintiff, enter judgment in its favor on Count III and grant such other and further relief as is this court deems just and proper.

**Count IV: Violation of Securities and Exchange Commission Rule 10b-5**

48. Rocket incorporates its answers to the foregoing paragraphs as though expressly set forth herein.

49. Rocket denies the allegations in Paragraph 49. Its counsel drafts form agreements for it.

50. Rocket admits the allegations in Paragraph 50.

51. Rocket admits the allegations in Paragraph 51.

52. Rocket denies the allegations in Paragraph 52.

53. Rocket denies the allegations in Paragraph 53.

54. Rocket denies the allegations in Paragraph 54.

55. Rocket denies the allegations in Paragraph 55. Its transactions are not loans and there are no interest rates associated with them.

56. Rocket denies the allegations in Paragraph 56.

57. Paragraph 57 is merely speculation. Not a factual allegation grounded in reality. The reality is that Rocket's transactions are not loans and, as such, there would be no basis to disclose they are.

58. Rocket denies that there is an interest rate associated with its transactions or that any business is borrowing money from it. Rocket lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 58.

59. Rocket denies that it made any misrepresentations or omissions and denies all remaining allegations in Paragraph 59.

60. Rocket denies the allegations in Paragraph 60.

61. Paragraph 61 is a purported statement of law or legal conclusion to which no response is required.

**WHEREFORE**, Rocket respectfully requests that this Honorable Court deny the relief requested by Plaintiff, enter judgment in its favor on Count IV and grant such other and further relief as is this court deems just and proper.

**Count V: Claim Objection**
**(Fed. R. Bankr. P. 3007(b))**

62. Rocket incorporates its answers to the foregoing paragraphs as though expressly set forth herein.

63. Rocket admits the allegations in Paragraph 63.

64. Rocket admits the allegations in Paragraph 64.

65. Rocket denies the allegations in Paragraph 65.

66. Rocket denies the allegations in Paragraph 66 even though the allegations consists of a purported statement of law or legal conclusion to which no response is required.

67. Rocket denies the allegations in Paragraph 68.

**WHEREFORE**, Rocket respectfully requests that this Honorable Court deny the relief requested by Plaintiff, enter judgment in its favor on Count V and grant such other and further relief as is this court deems just and proper.

## AFFIRMATIVE DEFENSES

1. The claims fail in whole or in part because Plaintiff has failed to state a claim upon which relief can be granted.

2. To the extent Plaintiff can establish all elements of any of the fraudulent transfer claims, the claims fail in whole or in part because they were made in good faith and for value.

3. Rocket reserves the right to add any additional affirmative defenses as they may become known to it during the course of these proceedings.

Dated: October 13, 2026

Respectfully Submitted,

KAMINSKI LAW, PLLC

*/s/ Shanna M. Kaminski*___
Shanna M. Kaminski
*To be Admitted Pro Hac Vice*
P.O. Box 247
Grass Lake, Michigan 49240
(248) 462-7111
skaminski@kaminskilawpllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October 2026 I filed the foregoing Defendant Rocket Capital NY, LLC's Amended Answer to Complaint and Affirmative Defenses using the Court's CM/ECF system which served the same on the following:

Maurice VerStandig mac@mcveq.com

*/s/ Shanna M. Kaminski*