**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:

Jade Presents, LLC,
Debtor.
_______________________________________/

Bankruptcy No. 26-30438
Chapter 11

In Re:

Tickets300, LLC,
Debtor.
_______________________________________/

Bankruptcy No. 26-30439
Chapter 11

(Jointly Administered)

Jade Presents, LLC,
Plaintiff,

vs.

Rocket Capital NY, LLC,
Defendant.
_______________________________________/

Adversary No. 26-07017

**SCHEDULING AND DISCOVERY ORDER**

1. The parties agreed to waive Rule 26(a)(1)[1] disclosures and proceed with formal discovery.

2. The parties shall have until **1/18/2027** to move to join additional parties and/or to move to amend pleadings to add claims or defenses, including claims for exemplary damages.

3. Plaintiff shall have until **1/18/2027** to designate expert witnesses and disclose their written reports under Rule 26(a)(2). The designation and reports must be served on other parties but not filed with the Court.

[1] Rules 16, 26, 30, 33 of the Federal Rules of Civil Procedures apply in bankruptcy adversary proceedings. See Federal Rules of Bankruptcy Procedure 7016, 7026, 7030, 7033.

4. Defendant shall have until **2/17/2027** to designate expert witnesses and disclose their written reports under Rule 26(a)(2). The designation and reports must be served on other parties but not filed with the Court.
5. The parties shall have until **3/19/2027** to complete fact and expert discovery and to file discovery motions. No party shall be required to respond to any discovery request which falls due after this date. Counsel are reminded of their duty to timely supplement disclosures and discovery responses pursuant to Rule 26(e).
6. The parties shall have until **4/19/2027** to file dispositive motions (summary judgment as to all or part of the case).
7. Depositions taken for presentation at trial shall be completed at least **14** days before trial.
8. The estimated length of trial is **2** days.

**ORDERED.**

Dated: November 20, 2026.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT